UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON,<br><br>                Plaintiff,<br><br>  v.<br><br>OVERNIGHT PRINTS, INC.,<br><br>                Defendant. | Civil Action No. 1:19-cv-10733-WGY<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fredericka Nellon hereby dismisses the above-captioned action without prejudice.

Dated: May 15, 2019

Respectfully Submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO# 678331)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
jason@blockesq.com

Benjamin J. Sweet
**THE SWEET LAW FIRM, P.C.**
186 Mohawk Drive
Pittsburgh, PA 15228
Phone: (412) 742-0631
ben@sweetlawpc.com

Jonathan D. Miller
Alison M. Bernal
**NYE, STIRLING, HALE & MILLER, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Phone: (805) 963-2345

alison@nshmlaw.com
jonathan@nshmlaw.com

*Counsel for Plaintiff, Fredericka Nollen*

## **CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that on May 15, 2019, I caused a true and correct copy of foregoing *Notice of Dismissal Without Prejudice* to be filed electronically and served via the Court's ECF system.

Dated: May 15, 2019                                          Respectfully Submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton